No. 1022. THE PEOPLE, APPELLEE, v. SÁNCHEZ, APPELLANT.—Violation of section 370 of the Penal Code. Humacao.

No. 1024. THE PEOPLE, APPELLEE, v. MEZQUIDA, APPELLANT.—Breach of peace. San Juan, Section 2.

May 3, 1916. Judgments affirmed.

---

No. 976. THE PEOPLE, APPELLEE, v. ANDREU, APPELLANT.—Violation of section 162 of the Penal Code. Humacao. May 5, 1916. Judgment reversed and defendant discharged.

---

No. 1027. THE PEOPLE, APPELLEE, v. GARCÍA, APPELLANT.—Abandonment of minors. San Juan, Section 2.

No. 1031. THE PEOPLE, APPELLEE, v. GORGA, APPELLANT.—Aggravated assault and battery. San Juan, Section 2.

No. 1032. THE PEOPLE, APPELLEE, v. AGOSTO, APPELLANT.—Petty larceny. Arecibo.

May 5, 1916. Judgments affirmed.

---

No. 1439. LONGO, APPELLEE, v. DÍAZ, APPELLANT.—Action of debt. San Juan, Section 1. May 5, 1916. Judgment affirmed.

---

No. 1502. LAÍNO, APPELLEE, v. BLONDET ET AL., APPELLANTS.—Damages. San Juan, Section 1. May 9, 1916. Appeal dismissed.

---

No. 967. THE PEOPLE, APPELLEE, v. ENCARNACIÓN, APPELLANT.—Aggravated assault and battery. Humacao.

No. 1028. THE PEOPLE, APPELLEE, v. ZENGOTITA, APPELLANT.—Aggravated assault and battery. Arecibo.

May 16, 1916. Judgment affirmed.